**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARILYN MARTINEZ,

Defendant.

Case No.: 20MJ1768

**ORDER**

Finding good cause therein, **IT IS HEREBY ORDERED** granting the defendant's Motion for Return of Passport.

**SO ORDERED.**

DATED: Sept 16, 2020

Honorable Linda Lopez
U.S. Magistrate Judge